

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Rachel Strom**
212-402-4079 tel
212-489-8340 fax

rachelstrom@dwt.com

January 3, 2020

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

*Conference adjourned to 3/10/20 at 4:30 P.M. So ordered.*
*1/6/20*
*1/4/20. [signature] U.S.D.J.*

Re:   *Schiffman v. Townsquare Media, Inc.*, Case No. 1:19-cv-10467-JGK

Dear Judge Koeltl:

This firm represents Townsquare Media, Inc. ("Townsquare"), the defendant in the above-referenced matter. In accordance with Rule 1.E of the Court's Individual Practices, I submit this letter motion as lead counsel for Townsquare to respectfully request that the Initial Conference, presently scheduled for February 25, 2020 at 4:30 p.m., be adjourned due to a professional scheduling conflict that requires me to be in out of state that day.

This is the first request by Townsquare to adjourn the Initial Conference and it does not affect any other scheduled dates.

Plaintiff's counsel has consented to this request and we have further agreed, subject to the Court's approval, that March 4, 5, 6, or 10, 2020 are suitable alternative dates for the conference.

Thank you for your consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

Rachel Strom

cc:   All counsel of record (by ECF)

4819-9968-3504v.1 0093353-000047

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-6-2020